1  Louis H. Castoria (SBN. 95768)
   Stacey A. Oziel (SBN 225967)
2  WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
3  650 California Street, 14th Floor
   San Francisco, California 94108-2718
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Defendants,
6  RICHARD deJANA
     and deJANA & ASSOCIATES, PLLC
7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | CHRIS D. TANNER,                          ) Case No. C-05-3784 SC
                                               )
13 |         Plaintiff,                        ) **STIPULATION AND ORDER RE:**
                                               ) **EXTENSION OF TIME FOR DEFENDANT**
14 |    v.                                     ) **deJANA & ASSOCIATES and RICHARD**
                                               ) **deJANA TO FILE A RESPONSIVE**
15 | deJANA & ASSOCIATES, PLLC and             ) **PLEADING TO PLAINTIFF'S**
    RICHARD deJANA,                            ) **COMPLAINT FILED SEPTEMBER 20,**
16 |                                           ) **2005**
             Defendants.                       )
17 |                                           )

18

19
        IT IS HEREBY STIPULATED by and between Plaintiff CHRIS D. TANNER ("Plaintiff"),
20
   Defendant deJANA & ASSOCIATES, PLLC and RICHARD deJANA. ("Defendant") as follows:
21
        1.      Plaintiff's Complaint for Violation of the Fair Debt Collection Practices Act filed on
22
   September 20, 2005, was served on a representative of deJana & Associates on September 21, 2005.
23
        2.      On or about November 2, 2005, Plaintiff granted a 20-day extension for Defendant
24
   to file and serve a responsive pleading to the Complaint, by which deJana's responsive pleading is
25
   now due no later than on November 21, 2005.
26

27

28
                                                    1
   STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
   183182.1

Respectfully Submitted,

Dated: November 7, 2005

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Louis H. Castoria
Stacey A. Oziel
Attorneys for Defendant Richard deJana
and deJana & Associates, PLLC

Dated: November 7, 2005

THE BERG LAW GROUP

By: _____
Irving L. Berg
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 9, 2005

_____
The Honorable Samuel Conti
Judge of the United States Northern District Court

*Judge Samuel Conti*