```
 1  Irving L. Berg (SBN 36273)
    THE BERG LAW GROUP
 2  433 Town Center, No. 493
    Corte Madera, California 94925
 3  (415) 924-0742
    (415) 891-8208 (Fax)
 4  irvberg@com.cast

 5  ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRIS D. TANNER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>RICHARD DeJANA & ASSOCIATES, P.L.L.C., *et al.*,<br>      Defendants.<br>_____/ | Case No.: C 05-3784 SC<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Now comes Plaintiff Christopher Tanner by and through his counsel, Irving L. Berg and Richard De Jana. P.L.L.C., and Richard DeJana and Dale Thompson, individually, by and through their counsel Wilson, Elser, Moskowitx, Edelman & Dicker, LLP, and stipulate to dismissal of this matter with prejudice as to the aforementioned Defendants only pursuant to Fed. R. Civ. P. 41(a)(1)(ii). No class has been certified, therefore Rule 23(e) of the FRCP does not apply.

Dated: January 2, 2006          /s/ Irving L. Berg
                                Irving L. Berg
                                Attorney for Plaintiff

Dated: January 09, 2006         /s/ Stacey Oziel
                                Stacy Oziel

                                WILSON, ELSER, MOSKOWITZ,
                                EDELMAN & DICKER, LLP

                                Attorney for Defendants

NOTICE OF DISMISSAL WITH PREJUDICE
Case No.: C 05-3784 SC

1

*[Court seal: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]*